Kevin P. Simpson (SBN: 344644)
KPSimpson@winston.com
**WINSTON & STRAWN LLP**
333 South Grand Avenue, 38th Fl.
Los Angeles, CA 90071
Telephone: (213) 615-1700
Facsimile: (213) 615-1750

Sean G. Wieber (*pro hac vice*)
SWieber@winston.com
Sophie R. LaCava (*pro hac vice*)
SLaCava @winston.com
**WINSTON & STRAWN LLP**
300 N. LaSalle Drive, Suite 4400
Chicago, Illinois 60654
Telephone: (312) 558-5600
Facsimile: (312) 558-5700

*Attorneys for Defendant Foris DAX, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| JOSE ORTIZ and JAVIER HERNANDEZ, individuals, on behalf of themselves, the general public, and those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>FORIS DAX, INC.,<br><br>Defendant. | **Case No. 3:25-cv-08950-EMC**<br><br>**DEFENDANT FORIS DAX, INC.'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS PLAINTIFFS' CLASS ACTION COMPLAINT OR MOTION FOR MORE DEFINITE STATEMENT IN THE ALTERNATIVE**<br><br>[*Filed concurrently with Defendant's Notice of Motion and Motion to Dismiss Plaintiffs' Class Action Complaint or Motion for More Definite Statement in the Alternative, and Memorandum of Points and Authorities in Support Thereof; and Defendant's [Proposed] Order Granting Defendant's Motion to Dismiss or Motion for More Definite Statement in the Alternative, and Request for Judicial Notice*]<br><br>DISTRICT JUDGE: EDWARD M. CHEN<br><br>Hearing Date: April 9, 2026<br>Time: 1:30 p.m.<br>Courtroom: 5<br>Complaint Filed: October 17, 2025 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD: PLEASE TAKE NOTICE** that on April 9, 2026, at 1:30 p.m., or as soon thereafter as this matter can be heard, in the Courtroom of the Honorable Edward M. Chen (Courtroom 5) of the above-entitled Court, located at the First Street Courthouse, 450 Golden Gate Avenue, San Francisco, California 94102, Defendant Foris DAX, Inc. d/b/a Crypto.com ("Crypto.com") will and hereby does respectfully request that the Court consider the following materials, attached hereto as Exhibits A through I, when ruling on Defendant Foris DAX, Inc.'s concurrently filed Motion to Dismiss Plaintiffs' Class Action Complaint or Motion for More Definite Statement in the Alternative pursuant to Federal Rules of Civil Procedure 12(b) and 12(e).

## REQUEST FOR JUDICIAL NOTICE

Pursuant to Federal Rule of Evidence 201(b), Defendant Foris DAX, Inc. respectfully requests that the Court take judicial notice of:

(1) The California State Assembly Committee on Public Safety's April 7, 2015 analysis of Assembly Bill 929, a true and correct copy of which is attached hereto as **Exhibit A**.

(2) The California State Assembly Committee on Privacy and Consumer Protection's April 21, 2015 analysis of Assembly Bill 929, a true and correct copy of which is attached hereto as **Exhibit B**.

(3) The California State Assembly Committee on Appropriations' April 29, 2015 analysis of Assembly Bill 929, a true and correct copy of which is attached hereto as **Exhibit C**.

(4) *Licea v. Hickory Farms LLC*, 2024 Cal. Super. LEXIS 66498 (Cal. Super. Ct. Mar. 13, 2024), a true and correct copy of which is attached hereto as **Exhibit D**.

(5) *Sanchez v. Cars.com Inc.*, 2025 Cal. Super. LEXIS 710 (Cal. Super. Ct. Jan. 27, 2025), a true and correct copy of which is attached hereto as **Exhibit E**.

(6) *Aviles v. Liveramp, Inc.*, 2025 Cal. Super. LEXIS 776 (Cal. Super. Ct. Jan. 28, 2025), a true and correct copy of which is attached hereto as **Exhibit F**.

(7) *Casillas v. Transitions Optical, Inc.*, 2024 WL 4873370 (Cal. Super. Ct. Sept. 9, 2024), a

true and correct copy of which is attached hereto as **Exhibit G**.

(8) *Price v. Headspace*, 2025 Cal. Super. LEXIS 27951 (Cal. Super. Ct. Apr. 1, 2025), a true and correct copy of which is attached hereto as **Exhibit H**.

(9) *Rodriguez v. Ink America International Group LLC*., Case No. 25STCV15350 (Cal. Super. Ct. Dec. 10, 2025), a true and correct copy of which is attached hereto as **Exhibit I.**

Exhibits A through I are all judicially noticeable by this Court because they are matters of public record, including legislative committee reports and publicly available court opinions. *See, e.g.*, *Malkin v. Fed. Ins. Co*., 562 F. Supp. 3d 854, 861 (C.D. Cal. 2022) ("[T]he court may properly take judicial notice of legislative history, including committee reports." (citation omitted)); *Reyn's Pasta Bella, LLC v. Visa USA, Inc*., 442 F.3d 741, 746 n.6 (9th Cir. 2010) (courts "may take judicial notice of court filings and other matters of public record"); *Hoffman v. Life Ins. Co. of the S.W.,* 740 F. Supp 3d 918, 924 (N.D. Cal. 2024) (holding that "public legislative documents are clearly noticeable"); *Transplace Int'l, Inc. v. Motorcar Parts of Am.*, 2017 U.S. Dist. LEXIS 178772, at *10 (C.D. Cal. Feb. 17, 2017) ("Courts may 'take judicial notice of filing and pleadings in other cases, even where filed in different courts, as such documents are a matter of public record and not subject to reasonable dispute.'") (citation omitted).

**CONCLUSION**

For the reasons stated above, Defendant Foris DAX, Inc. respectfully requests that the Court take judicial notice of Exhibits A through I, attached hereto.

DATED: January 9, 2026

**WINSTON & STRAWN LLP**

By: */s/ Kevin P. Simpson*

Kevin P. Simpson (SBN: 344644)
KPSimpson@winston.com
**WINSTON & STRAWN LLP**
333 South Grand Avenue, 38th Fl.
Los Angeles, CA 90071
Telephone: (213) 615-1700
Facsimile: (213) 615-1750

Sean G. Wieber (*pro hac vice*)
SWieber@winston.com
Sophie R. LaCava (*pro hac vice*)
SLaCava@winston.com
**WINSTON & STRAWN LLP**
300 N. LaSalle Drive, Suite 4400
Chicago, Illinois 60654
Telephone: (312) 558-5600
Facsimile: (312) 558-5700

*Attorneys for Defendant*
*Foris DAX, Inc.*