Kevin P. Simpson (SBN: 344644)
KPSimpson@winston.com
**WINSTON & STRAWN LLP**
333 South Grand Avenue, 38th Fl.
Los Angeles, California 90071
Telephone: (213) 615-1700
Facsimile: (213) 615-1750

Sean G. Wieber (*pro hac vice*)
SWieber@winston.com
Sophie R. LaCava (*pro hac vice*)
SLaCava@winston.com
**WINSTON & STRAWN LLP**
300 N. LaSalle Drive, Suite 4400
Chicago, Illinois 60654
Telephone: (312) 558-5600
Facsimile: (312) 558-5700

*Attorneys for Defendant Foris DAX, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| JOSE ORTIZ and JAVIER HERNANDEZ, individuals, on behalf of themselves, the general public, and those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>FORIS DAX, INC.,<br><br>Defendant. | Case No. 3:25-cv-08950-EMC<br><br>**DEFENDANT FORIS DAX, INC.'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ITS REPLY IN SUPPORT OF ITS MOTION TO DISMISS OR FOR MORE DEFINITE STATEMENT IN THE ALTERNATIVE**<br><br>[*Filed concurrently with Defendant's Reply in Support of its Motion to Dismiss or for More Definite Statement in the Alternative*]<br><br>DISTRICT JUDGE: EDWARD M. CHEN<br><br>Hearing Date: April 9, 2026<br>Time: 1:30 p.m.<br>Courtroom: 5<br>Complaint Filed: October 17, 2025 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD: PLEASE TAKE NOTICE** that on April 9, 2026, at 1:30 p.m., or as soon thereafter as this matter can be heard, in the Courtroom of the Honorable Edward M. Chen (Courtroom 5) of the above-entitled Court, located at the First Street Courthouse, 450 Golden Gate Avenue, San Francisco, California 94102, Defendant Foris DAX, Inc. d/b/a Crypto.com ("Crypto.com") will and hereby does respectfully request that the Court consider the following materials, attached hereto as Exhibits A through C, when considering Defendant Foris DAX, Inc.'s concurrently filed Reply in Support of its Motion to Dismiss Plaintiffs' Class Action Complaint or Motion for More Definite Statement in the Alternative pursuant to Federal Rules of Civil Procedure 12(b) and 12(e).

**REQUEST FOR JUDICIAL NOTICE**

Pursuant to Federal Rule of Evidence 201(b), Defendant Foris DAX, Inc. respectfully requests that the Court take judicial notice of:

(1) The Complaint filed at Dkt. 1 in *Gabrielli v. Motorola Mobility LLC*, Case No. 4:24-cv-09533 (N.D. Cal. Dec. 31, 2024), a true and correct copy of which is attached hereto as **Exhibit A**.

(2) The Complaint filed at Dkt. 1 in *Walsh v. Dollar Tree Stores, Inc.*, Case No. 5:25-cv-01601 (N.D. Cal. Feb. 14, 2025), a true and correct copy of which is attached hereto as **Exhibit B**.

(3) The Complaint filed at Dkt. 1-1 in *Casillas v. Six Flags Ent. Corp.*, Case No. 2:25-cv-06824 (C.D. Cal. Aug. 25, 2025), a true and correct copy of which is attached hereto as **Exhibit C**.

Exhibits A through C are all judicially noticeable by this Court because they are publicly available court filings. *See, e.g.*, *Reyn's Pasta Bella, LLC v. Visa USA, Inc.*, 442 F.3d 741, 746 n.6 (9th Cir. 2010) (courts "may take judicial notice of court filings and other matters of public record"); *Transplace Int'l, Inc. v. Motorcar Parts of Am.*, 2017 U.S. Dist. LEXIS 178772, at *10 (C.D. Cal. Feb. 17, 2017) ("Courts may 'take judicial notice of filing and pleadings in other cases, even where filed in different courts, as such documents are a matter of public record and not subject to reasonable dispute.'") (citation omitted).

**CONCLUSION**

For the reasons stated above, Defendant Foris DAX, Inc. respectfully requests that the Court take judicial notice of Exhibits A through C, attached hereto.

DATED: February 13, 2026 **WINSTON & STRAWN LLP**

By: */s/ Kevin P. Simpson*

Kevin P. Simpson (SBN: 344644)
KPSimpson@winston.com
**WINSTON & STRAWN LLP**
333 South Grand Avenue, 38th Fl.
Los Angeles, California 90071
Telephone: (213) 615-1700
Facsimile: (213) 615-1750

Sean G. Wieber (*pro hac vice*)
SWieber@winston.com
Sophie R. LaCava (*pro hac vice*)
SLaCava@winston.com
**WINSTON & STRAWN LLP**
300 N. LaSalle Drive, Suite 4400
Chicago, Illinois 60654
Telephone: (312) 558-5600
Facsimile: (312) 558-5700

*Attorneys for Defendant*
*Foris DAX, Inc.*